## *PRELIMINARY PRINT*

## VOLUME 604 U. S. PART 1

### PAGES 20–21

# OFFICIAL REPORTS

OF

# THE SUPREME COURT

DECEMBER 11, 2024

Page Proof Pending Publication

REBECCA A. WOMELDORF

REPORTER OF DECISIONS



NOTICE: This preliminary print is subject to formal revision before the bound volume is published. Users are requested to notify the Reporter of Decisions, Supreme Court of the United States, Washington, D. C. 20543, pio@supremecourt.gov, of any typographical or other formal errors.

Syllabus

# NVIDIA CORP. ET AL. *v.* E. OHMAN J:OR FONDER AB ET AL.

CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

No. 23–970.   Argued November 13, 2024—Decided December 11, 2024

Certiorari dismissed.   Reported below: 81 F. 4th 918.

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

*It is so ordered.*

*Neal Kumar Katyal* argued the cause for petitioners. With him on the briefs were *Katherine B. Wellington, William E. Havemann, Reedy C. Swanson, Sarah M. Lightdale, Patrick J. Hayden, John C. Dwyer, Patrick E. Gibbs, Samantha A. Kirby,* and *Kathleen R. Hartnett.*

*Deepak Gupta* argued the cause for respondents. With him on the brief were *Jonathan E. Taylor, Gregory A. Beck, Eric F. Citron, Jennifer D. Bennett, Salvatore J. Graziano,* and *Andrew L. Zivitz.*

*Colleen E. Roh Sinzdak* argued the cause for the United States as *amicus curiae* urging affirmance. With her on the brief were *Solicitor General Prelogar, Deputy Solicitor General Stewart, Michael A. Conley,* and *Daniel Staroselsky.*[*]

———————

[*]Briefs of *amici curiae* urging reversal were filed for the Atlantic Legal Foundation by *Lawrence S. Ebner*; for the Digital Chamber by *Frank Scaduto, Kevin B. Muhlendorf,* and *Krystal B. Swendsboe*; for the Washington Legal Foundation et al. by *James N. Kramer* and *Daniel A. Rubens*; and for Joseph A. Grundfest by *Christopher G. Michel.*

Briefs of *amici curiae* urging affirmance were filed for the American Association for Justice by *Robert S. Peck* and *Jeffrey R. White*; for the Anti-Fraud Coalition by *Tejinder Singh*; for Certain Institutional Investors by *Paul Bland*; for Quantitative Experts by *John Paul Schnapper-*

Counsel

Page Proof Pending Publication

*Casteras, Mark C. Rifkin, Benjamin Y. Kaufman, Matthew M. Guiney, Laura H. Posner, Carol V. Gilden*, and *Nicholas I. Porritt*; and for Scholars of Civil Procedure by *J. Carl Cecere, Jeremy A. Lieberman*, and *Emma Gilmore*.

Briefs of *amici curiae* were filed for Former SEC Officials by *Samuel H. Rudman, Daniel P. Chiplock*, and *Michael J. Miarmi*; for Brian T. Fitzpatrick by *Javier Bleichmar* and *Joseph A. Fonti*; and for Thomas Fuller Ogden, *pro se.*

REPORTER'S NOTE

The attached opinion has been revised to reflect the usual publication and citation style of the United States Reports. The revised pagination makes available the official United States Reports citation in advance of publication. The syllabus has been prepared by the Reporter of Decisions for the convenience of the reader and constitutes no part of the opinion of the Court. A list of counsel who argued or filed briefs in this case, and who were members of the bar of this Court at the time this case was argued, has been inserted following the syllabus. Other revisions may include adjustments to formatting, captions, citation form, and any errant punctuation. The following additional edits were made:

None